AUSA Buie

# United States District Court

For the Western District of Texas
Austin Division

**FILED**
March 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Yvette Lujan_____
DEPUTY

United States of America, §
§
v. §
§ Case Number:
**Dermin Alexander Caballero-Rodriguez** §
**Aka: Dermin Ale Caballero-Rodriguez,** §     **1:25-mj-335**
**Dermin Caballero Rodriguez, Dermin** §
**Alexander Caballero Rodriguez, Desmin**
**Rodriguez Caballero**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **February 1**, **2025**, in the county of **Travis**, in the Western District of Texas, the defendant, **Dermin Alexander Caballero-Rodriguez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **February 1, 2025**, the defendant, an alien, was found in the Travis County Jail, in Austin, Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **January 30**, **2008**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (A. Rossy)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**March 24, 2025**                                                Austin, Texas
_____   at   _____
 Date                                                                                City and State

Dustin M. Howell
United States Magistrate Judge
_____        _____
Name & Title of Judicial Officer                                    Signature of Judicial Officer