# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00195(1)-ADA |
| | § | |
| (1) DERMIN ALEXANDER CABALLERO-RODRIGUEZ | § § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 10, 2025, wherein the defendant (1) DERMIN ALEXANDER CABALLERO-RODRIGUEZ waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) DERMIN ALEXANDER CABALLERO-RODRIGUEZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) DERMIN ALEXANDER CABALLERO-RODRIGUEZ's plea of guilty to Count One (1) is accepted.

Signed this 29th day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE